# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/16/17 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>WILLIAM CHARLES WAGNER<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>WILLIAM CHARLES WAGNER<br><br>    Respondents | Case No.12-11145TPA<br><br>Chapter 13<br><br>Document No. 112 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___16th___ day of _August_, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

New Light Inc
Attn Manager - Payroll Office
Po Box 761
Clarion, PA 16214

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM CHARLES WAGNER, social security number XXX-XX-3105.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM CHARLES WAGNER.

BY THE COURT:

_[signature]_
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Charles Wagner  
     Debtor

Case No. 12-11145-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: Aug 16, 2017  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db         +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com,
         LMTryon@duanemorris.com
        Dai Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Dai Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association
         vbarber@udren.com
        James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
         vbarber@udren.com
        Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
         cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,    cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association
         swinneg@udren.com,    cblack@udren.com
                                                                                              TOTAL: 12