**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WILLIAM CHARLES WAGNER** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **12-11145TPA** |

# Form 4100N
# Notice of Final Cure Payment  10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** FEDERAL NATIONAL MORTGAGE ASSN

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 1 3 9 4

**Property Address:** 3136 KNIGHT TOWN RD  
SHIPPENVILLE PA 16254

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 1,911.69 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 1,911.69 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 1,911.69 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $763.67

The next postpetition payment is due on: 10 / 1 / 2017 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N  **Notice of Final Cure Payment**  page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **WILLIAM CHARLES WAGNER** | Case number *(if known)* | **12-11145TPA** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | | | |
|---|---|---|---|
| | **x** /s/ Ronda J. Winnecour | Date | 09/14/2017 |
| | Signature | | |
| Trustee | Ronda J. Winnecour | | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | | |
| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **WILLIAM CHARLES WAGNER** | Case number *(if known)* | **12-11145TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 389.94 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.37 |
| 11/24/2014 | 0920142 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 12/22/2014 | 0924735 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 02/24/2015 | 0932854 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 03/26/2015 | 0936943 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 709.09 |
| 04/24/2015 | 0941124 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 05/26/2015 | 0945212 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 56.53 |
| 06/23/2015 | 0948130 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 66.00 |
| 07/28/2015 | 0952140 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 66.00 |
| 08/26/2015 | 0956219 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 55.16 |
| 09/28/2015 | 0960175 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 44.33 |
| 10/26/2015 | 0964075 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 185.62 |
| | | | | **1,911.69** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 12/21/2012 | 0825609 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 2,686.82 |
| 01/29/2013 | 0829848 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,156.34 |
| 02/25/2013 | 0833988 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 813.76 |
| 03/26/2013 | 0838130 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 615.50 |
| 04/24/2013 | 0842252 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 871.18 |
| 05/23/2013 | 0846368 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 931.71 |
| 06/25/2013 | 0850542 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 718.71 |
| 07/25/2013 | 0854744 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 08/27/2013 | 0858892 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 800.32 |
| 09/26/2013 | 0863020 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 797.96 |
| 10/25/2013 | 0867132 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 796.17 |
| 11/22/2013 | 0871212 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 645.60 |
| 12/23/2013 | 0875244 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 606.30 |
| 01/09/2014 | | OCWEN LOAN SERVICING LLC** | CONTINUING DEBT REFUND | -606.30 |
| 01/28/2014 | 0879317 | OCWEN LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,366.33 |
| 02/25/2014 | 0883379 | OCWEN LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,099.12 |
| 03/25/2014 | 0887428 | OCWEN LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 969.46 |
| 04/25/2014 | 0891568 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 793.72 |
| 05/28/2014 | 0895658 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 777.45 |
| 06/25/2014 | 0899698 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 775.15 |
| 07/24/2014 | 0903804 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 774.10 |
| 08/26/2014 | 0907874 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 773.24 |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 805.66 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 11/24/2014 | 0920142 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 12/22/2014 | 0924735 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 02/24/2015 | 0932854 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 03/26/2015 | 0936943 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 04/24/2015 | 0941124 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 05/26/2015 | 0945212 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 06/23/2015 | 0948130 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 07/28/2015 | 0952140 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 08/26/2015 | 0956219 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 09/28/2015 | 0960175 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 10/26/2015 | 0964075 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 11/24/2015 | 0968235 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 12/22/2015 | 0972291 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 01/26/2016 | 0976293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 02/24/2016 | 0980267 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 03/28/2016 | 0984293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 04/22/2016 | 0988544 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 05/24/2016 | 0992482 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 06/27/2016 | 1001231 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 07/26/2016 | 1005195 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 08/26/2016 | 1009179 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |

| Debtor 1 | **WILLIAM CHARLES WAGNER** | Case number *(if known)* | **12-11145TPA** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 09/27/2016 | 1013209 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 10/26/2016 | 1017094 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 11/21/2016 | 1020470 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 12/21/2016 | 1023727 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 01/27/2017 | 1027165 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 02/24/2017 | 1030613 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 03/28/2017 | 1034026 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 04/21/2017 | 1037375 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 05/25/2017 | 1040634 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 06/27/2017 | 1043995 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 07/25/2017 | 1047321 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| 08/25/2017 | 1050665 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 763.67 |
| | | | | 46,583.87 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM CHARLES WAGNER
3136 KNIGHT TOWN ROAD
SHIPPENVILLE, PA  16254

DAI ROSENBLUM ESQ
254 NEW CASTLE RD STE B
BUTLER, PA  16001

FEDERAL NATIONAL MORTGAGE ASSN
C/O SETERUS INC*
PO BOX 1047
HARTFORD, CT  06143-1047

SETERUS INC**++
BANKRUPTCY NOTICING
PO BOX 2008
GRAND RAPIDS, MI  49501-2008

UDREN LAW OFFICES PC
ATTN BANKRUPTCY DEPT
111 WOODCREST RD STE 200
WOODCREST CORPORATE CTR
CHERRY HILL, NJ  08003-3620


9/14/17                                             /s/ Renee Ward
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee