Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William Charles Wagner** | : | Case No. 12–11145–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 118 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/29/17 at 12:00 PM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *28th day of September, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 118 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before November 13, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on **November 29, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11145-TPA
William Charles Wagner                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                Page 1 of 2              Date Rcvd: Sep 28, 2017
                              Form ID: 300b             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
```
db          +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,    Plainview, NY 11803-4224
cr          +Homeward Residential,   c/o Brett Messinger, Esq.,    Duane Morris LLP,   30 S. 17th Street,
             Philadelphia, PA 19103-4196
cr          +OneWest Bank, FSB,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
             111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
intp        +Tammy M. Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
13464243    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,    PO Box 183853,
              Arlington TX 76096)
13444583    +American Home Mortgage Servicing Inc.,    P.O. Box 631730,   Irving, TX 75063-0002
13444584     Chase Card Services,    P.O. Box 15298,   Wilmington, DE 19850-5298
13444585    +GM Finance,   PO Box 182673,    Arlington, TX 76096-2673
13444586    +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13444587     Homeward,   P.O. Box 80084,    Salinas, CA 93912-0084
13444590     Laura Ditz Wagner,    713 Clelland Mill Road,    New Castle, PA 16102
13775824    +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive,
             Fort Washington, PA 19034-3276
13459488     OneWest Bank, FSB,    PO Box 829009,   Dallas, TX 75382-9009
13450034    +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13444591     PNC Bank,   P.O. Box 85617,    Louisville, KY 40285-6177
13444592    +TCM Bank Visa,    P.O. Box 31537,   Tampa, FL 33631-3537
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:54:20
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13444588    +E-mail/Text: EBN_Notifications@OWB.com Sep 29 2017 01:29:18     Indy Mac Mortgage Services,
             P.O. Box 4045,   Kalamazoo, MI 49003-4045
13444589    +E-mail/Text: EBN_Notifications@OWB.com Sep 29 2017 01:29:18     IndyMac Mortgage Services,
             P.O. Box 78826,    Phoenix, AZ 85062-8826
13518954    +E-mail/Text: bknotice@ncmllc.com Sep 29 2017 01:29:50     National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13536039     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:22
             Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA  23541
13535271     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:21
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           OCWEN LOAN SERVICING, LLC
cr*         ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX   76096)
cr*         +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
             MEMPHIS, TN 38125-1741
13544551*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
13570514*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk, VA 23541)
14053150     ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                               TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: vson                 Page 2 of 2                  Date Rcvd: Sep 28, 2017
                              Form ID: 300b              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Dai  Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association
               vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pa.bkecf@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,   cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association
               swinneg@udren.com,   cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 12
```