**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM CHARLES WAGNER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-11145 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/11/2012 and confirmed on 10/24/12 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,561.23 |
| Less Refunds to Debtor | 1,317.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,243.37 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,700.00 | |
|   Trustee Fee | 3,605.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,305.53 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HOMEWARD RESIDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1037 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 46,583.87 | 0.00 | 46,583.87 |
|     Acct: 1394 | | | | |
|   HOMEWARD RESIDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1037 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 1,911.69 | 1,911.69 | 0.00 | 1,911.69 |
|     Acct: 1394 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 25,403.88 | 0.00 | 25,403.88 |
|     Acct: 6783 | | | | |
| | | | | 73,899.44 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM CHARLES WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM CHARLES WAGNER | 753.70 | 753.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM CHARLES WAGNER | 564.16 | 564.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAURA DITZ WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3105 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX7595 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,048.81 | 3,033.26 | 0.00 | 3,033.26 |
|     Acct: 0783 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,906.08 | 3,886.16 | 0.00 | 3,886.16 |
|     Acct: 7426 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,208.93 | 1,202.76 | 0.00 | 1,202.76 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5216 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 8,961.93 | 8,916.22 | 0.00 | 8,916.22 |
| Acct: 0130 | | | | |
| TCM BANK NA (TOTAL CARD MGMNT)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX1924 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 17,038.40 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 90,937.84 |

TOTAL
CLAIMED        0.00
PRIORITY   1,911.69
SECURED   17,125.75

Date: 09/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　WILLIAM CHARLES WAGNER<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:12-11145 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11145-TPA
William Charles Wagner                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: vson              Page 1 of 2            Date Rcvd: Sep 28, 2017
                             Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db         +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,    Plainview, NY 11803-4224
cr         +Homeward Residential,    c/o Brett Messinger, Esq.,    Duane Morris LLP,    30 S. 17th Street,
             Philadelphia, PA 19103-4196
cr         +OneWest Bank, FSB,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
             111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
intp       +Tammy M. Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
13464243   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
             Arlington TX 76096)
13444583   +American Home Mortgage Servicing Inc.,    P.O. Box 631730,    Irving, TX 75063-0002
13444584    Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13444585   +GM Finance,    PO Box 182673,    Arlington, TX 76096-2673
13444586   +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13444587    Homeward,    P.O. Box 80084,    Salinas, CA 93912-0084
13444590    Laura Ditz Wagner,    713 Clelland Mill Road,    New Castle, PA 16102
13775824   +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive,
             Fort Washington, PA 19034-3276
13459488    OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13450034   +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13444591    PNC Bank,    P.O. Box 85617,    Louisville, KY 40285-6177
13444592   +TCM Bank Visa,    P.O. Box 31537,    Tampa, FL 33631-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:45
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13444588   +E-mail/Text: EBN_Notifications@OWB.com Sep 29 2017 01:29:19     Indy Mac Mortgage Services,
             P.O. Box 4045,    Kalamazoo, MI 49003-4045
13444589   +E-mail/Text: EBN_Notifications@OWB.com Sep 29 2017 01:29:19     IndyMac Mortgage Services,
             P.O. Box 78826,    Phoenix, AZ 85062-8826
13518954   +E-mail/Text: bknotice@ncmllc.com Sep 29 2017 01:29:51     National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13536039    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:40:08
             Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA   23541
13535271    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 01:39:22
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              OCWEN LOAN SERVICING, LLC
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX  76096)
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
               MEMPHIS, TN 38125-1741
13544551*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13570514*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541)
14053150       ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                              TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: vson                  Page 2 of 2              Date Rcvd: Sep 28, 2017
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett L. Messinger     on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Dai  Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association
               vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pa.bkecf@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association
               swinneg@udren.com,  cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 12
```