**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| WILLIAM CHARLES WAGNER, ) | Bankruptcy No.: 12-11145-TPA |
| ) | |
| Debtor. ) | Chapter: 13 |
| ) | |
| WILLIAM CHARLES WAGNER, ) | Related to Document No.: 125 |
| ) | |
| Movant, ) | Hearing Date: 11/08/2017 |
| ) | |
| v. ) | Hearing Time: 11:00 AM |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION and SETERUS, INC., ) | |
| Respondents. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING STATUS CONFERENCE**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 31, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**William Charles Wagner**
3136 Knight Town Road
Shippenville, PA 16254

**Federal National Mortgage Association**
c/o Rosicki, Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803

**Federal National Mortgage Association**
**c/o Seterus, Inc.**
PO Box 2008
Grand Rapids, MI 49501-2008

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Federal National Mortgage Association**
Bkmail@rosicki.com

**Celine P. DerKrikorian**
**Federal National Mortgage Association**
ecfmail@mwc-law.com

**Elizabeth Lamont Wassall**
**Federal National Mortgage Association**
vbarber@udren.com

**Stuart P. Winneg**
**Federal National Mortgage Association**
swinneg@udren.com

**Alexandra Teresa Garcia**
**Federal National Mortgage Association (Fannie Mae)**
ecfmail@mwc-law.com

Executed on: October 31, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net