FILED
10/30/17 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | ) |
| WILLIAM CHARLES WAGNER, ) | Bankruptcy No.: 12-11145-TPA |
| Debtor. ) | Chapter: 13 |
| WILLIAM CHARLES WAGNER, ) | Related to Document No.: 117, 122 |
| Movant, ) | Document No.: 124 |
| v. ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION and SETERUS, INC., ) | |
| Respondents. ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**ORDER OF COURT**

**And Now,** the ___30th___ day of ___October___, 20_17_, after careful consideration of the Debtor's Motion for Status Conference, and all matters of record, **It Is Hereby Ordered and Decreed** that a Status Conference is scheduled for November 8, 2017 at 11:00 A.M. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. A representative of the Respondents shall appear, at least by the presence of Local Counsel. Movant shall serve a copy of this Order on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____
Judge Thomas P. Agresti    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11145-TPA
William Charles Wagner                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 1              Date Rcvd: Oct 30, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db             +William Charles Wagner,   3136 Knight Town Road,   Shippenville, PA 16254-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
      Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com, LMTryon@duanemorris.com
      Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com
      Dai Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
      Dai Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
      Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association vbarber@udren.com
      James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pa.bkecf@fedphe.com, sherri.braunstein@phelanhallinan.com
      Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com
      Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,   cblack@udren.com
      Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association swinneg@udren.com,   cblack@udren.com
                                                                                                                                                                                                  TOTAL: 14