FILED
11/9/17 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 12-11145-TPA |
| William Charles Wagner | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 11/8/2017 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #124 Status Conference to determine status of Debtor's mortgage
#130 Resp. by Federal National Mortgage Association

**APPEARANCES:**
Debtor: Dai Rosenblum
Trustee: Owen Katz
Fed. Natnl. Mortgage: Suzanne Ruschak (video)

**NOTES:**

Rosenblum: We have resolved everything.

Rushak: Agree with Notice of Final Cure. Interest only payments originally. Background of matters given. $999.04 payment as of December. Notice will be sent. Will adjust credits.

**OUTCOME:** TO: Parties have clarified their understanding of the status of matters between them and there is no further need for Court action.

*[signature]*

jlm