FILED
11/16/17 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  WILLIAM CHARLES WAGNER

     Debtor(s)

  Ronda J. Winnecour
       Movant
     vs.
  No Repondents.

Case No.:12-11145 TPA

Chapter 13

Document No.: 118

### ORDER OF COURT

AND NOW, this ___16th___ day of ___November___, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE      jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-11145-TPA
William Charles Wagner                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2                Date Rcvd: Nov 16, 2017
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db         +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,    Plainview, NY 11803-4224
cr         +Homeward Residential,    c/o Brett Messinger, Esq.,    Duane Morris LLP,    30 S. 17th Street,
             Philadelphia, PA 19103-4196
cr         +OneWest Bank, FSB,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
             111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
intp       +Tammy M. Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934
13464243   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,    PO Box 183853,
             Arlington TX 76096)
13444583   +American Home Mortgage Servicing Inc.,    P.O. Box 631730,    Irving, TX 75063-0002
13444584    Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13444585   +GM Finance,   PO Box 182673,    Arlington, TX 76096-2673
13444586   +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13444587    Homeward,   P.O. Box 80084,    Salinas, CA 93912-0084
13444590    Laura Ditz Wagner,    713 Clelland Mill Road,    New Castle, PA 16102
13775824   +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive,
             Fort Washington, PA 19034-3276
13459488    OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13450034   +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13444591    PNC Bank,   P.O. Box 85617,    Louisville, KY 40285-6177
13444592   +TCM Bank Visa,    P.O. Box 31537,    Tampa, FL 33631-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 01:14:30
             PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13444588   +E-mail/Text: EBN_Notifications@OWB.com Nov 17 2017 01:03:44     Indy Mac Mortgage Services,
             P.O. Box 4045,    Kalamazoo, MI 49003-4045
13444589   +E-mail/Text: EBN_Notifications@OWB.com Nov 17 2017 01:03:44     IndyMac Mortgage Services,
             P.O. Box 78826,    Phoenix, AZ 85062-8826
13518954   +E-mail/Text: bknotice@ncmllc.com Nov 17 2017 01:04:11     National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13536039    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 01:14:15
             Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
13535271    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 01:25:48
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Federal National Mortgage Association (Fannie Mae)
cr          OCWEN LOAN SERVICING, LLC
cr*        ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
             Arlington, TX  76096)
cr*        +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
             MEMPHIS, TN 38125-1741
13544551*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13570514*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk, VA 23541)
14053150    ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                           TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: gamr              Page 2 of 2           Date Rcvd: Nov 16, 2017
                              Form ID: pdf900         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:

          Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com, LMTryon@duanemorris.com
          Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com
          Dai Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association vbarber@udren.com
          James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com, cblack@udren.com
          Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association swinneg@udren.com, cblack@udren.com
          Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com

                                                                                                            TOTAL: 15