IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William Charles Wagner : Case No.12-11145TPA
 : Chapter 13
   Debtor(s) :
Ronda J. Winnecour, Trustee :
 : Re Claim:
   Movant(s) :
 :
   vs. :
Federal National Mortgage Association :
And Seterus, Inc. : Hearing Date
   Respondent(s)

## WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL PRODUCTION OF LOAN HISTORY AND PAY-OFF STATEMENT

   The Motion that was filed in the above-referenced case on November 3, 2017

(document #128) is hereby WITHDRAWN. Therefore, the hearing scheduled for

December 12, 2017, is cancelled.


      Respectfully submitted

11/29/17     /s/ Ronda J. Winnecour

      Ronda J. Winnecour (PA I.D. #30399)
      Attorney and Chapter 13 Trustee
      U.S. Steel Tower – Suite 3250
      600 Grant Street
      Pittsburgh, PA  15219
      (412) 471-5566
      cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William Charles Wagner    : Case No.12-11145TPA
             : Chapter 13
     Debtor(s)  :
Ronda J. Winnecour, Trustee   :
             : Re Claim:
     Movant(s)  :
             :
     vs.    :
Federal National Mortgage Association :
And Seterus, Inc.      : Hearing Date
     Respondent(s)

CERTIFICATE OF SERVICE

   I hereby certify that on the date shown below, I served a true and correct copy
of the foregoing pleading upon the following, by regular United States mail, postage
prepaid:

William Charles Wagner
3136 Knight Town Road
Shippenville PA 16254

Dai Rosenblum, Esquire
254 New Castle Road Suite B
Butler PA 16001

Federal national Mortgage Association
c/o Seterus, Inc.
PO Box 2008
Grand Rapids MI  49501

Celine P. DerKrikorian, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad Street Suite 1400
Philadelphia PA 19109

Timothy J. Mayopoulos, CEO
Federal National Mortgage Association
3900 Wisconsin Avenue, NW
Washington DC  20016-2892
Served by Certified Mail

Soo Song, Acting U.S. Attorney
Unites States Post Office & Courthouse
700 Grant Street Suite 4000
Pittsburgh PA 15219

11/29/17
date

/S/ Dianne DeFoor___
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566