FILED
12/1/17 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILLIAM CHARLES WAGNER | : | Case No. 12-11145 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| RONDA J. WINNECOUR, TRUSTEE | : | Related to Document Nos. 135 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL NATIONAL MORTGAGE | : | |
| ASSOCIATION AND SETERUS, INC. | : | |

### ORDER

AND NOW, this **1st** day of **December, 2017,** in light of the ***Withdrawal of Trustee's Motion to Compel Production of Loan History and Pay-Off Statement*** filed by Trustee, Ronda J. Winnecour, Esq. at Document No. 135, it is hereby **ORDERED, ADJUDGED and DECREED** that:

The *Withdrawal* is **DENIED** since there is no cause for the Withdrawal in light of the allegations given and the Court is interested in how the matter was resolved. The hearing scheduled for **December 12, 2017** at **10:00 A.M.** will proceed as scheduled.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Dai Rosenblum, Esq.
    Celine P. DerKrikorian, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Charles Wagner
    Debtor

Case No. 12-11145-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz      Page 1 of 1      Date Rcvd: Dec 01, 2017
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db      +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
     Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
     Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com, LMTryon@duanemorris.com
     Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
     Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com
     Dai Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
     Dai Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
     Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association vbarber@udren.com
     James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
     Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com
     Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com, cblack@udren.com
     Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association swinneg@udren.com, cblack@udren.com
     TOTAL: 15