FILED
12/5/17 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William Charles Wagner              :    Case No.12-11145TPA
                                    :    Chapter 13
        Debtor(s)                   :
Ronda J. Winnecour, Trustee         :    Related to Document No. 135
                                    :
        Movant(s)                   :
                                    :
        vs.                         :
Federal National Mortgage Association :
And Seterus, Inc.                   :
        Respondent(s)               :

### WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL PRODUCTION OF LOAN HISTORY AND PAY-OFF STATEMENT

The Motion that was filed in the above-referenced case on November 3, 2017 (document #128) is hereby WITHDRAWN. Therefore, the hearing scheduled for December 12, 2017, is cancelled.  The Order denying the Withdrawal at Document No. 136 is VACATED.

                                    Respectfully submitted

11/29/17                            /s/ Ronda J. Winnecour

                                    Ronda J. Winnecour (PA I.D. #30399)
                                    Attorney and Chapter 13 Trustee
                                    U.S. Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com

SO ORDERED
December 05, 2017

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Charles Wagner
    Debtor

Case No. 12-11145-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 1      Date Rcvd: Dec 05, 2017
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db          +William Charles Wagner,    3136 Knight Town Road,    Shippenville, PA 16254-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:

        Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
        Andrew F Gornall    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com, LMTryon@duanemorris.com
        Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com
        Dai Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Dai Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net, dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association vbarber@udren.com
        James Warmbrodt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
        Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com, cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com, cblack@udren.com
        Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association swinneg@udren.com, cblack@udren.com
                                                                                                                 TOTAL: 15