**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Charles Wagner** | Social Security number or ITIN  **xxx–xx–3105** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–11145–TPA**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Charles Wagner

<u>1/8/18</u>     **By the court:**    <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11145-TPA
William Charles Wagner                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2              Date Rcvd: Jan 08, 2018
                              Form ID: 3180W          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
```
db          +William Charles Wagner,   3136 Knight Town Road,    Shippenville, PA 16254-2934
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,    Plainview, NY 11803-4224
cr          +Homeward Residential,   c/o Brett Messinger, Esq.,   Duane Morris LLP,   30 S. 17th Street,
              Philadelphia, PA 19103-4196
cr          +OneWest Bank, FSB,   c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
              111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
intp        +Tammy M. Wagner,   3136 Knight Town Road,    Shippenville, PA 16254-2934
13444583    +American Home Mortgage Servicing Inc.,   P.O. Box 631730,    Irving, TX 75063-0002
13444585    +GM Finance,    PO Box 182673,   Arlington, TX 76096-2673
13444586    +Home Depot Credit Services,    P.O. Box 790328,   Saint Louis, MO 63179-0328
13444587     Homeward,   P.O. Box 80084,    Salinas, CA 93912-0084
13444590     Laura Ditz Wagner,   713 Clelland Mill Road,    New Castle, PA 16102
13775824    +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,   1100 Virginia Drive,
              Fort Washington, PA 19034-3276
13459488     OneWest Bank, FSB,   PO Box 829009,   Dallas, TX 75382-9009
13450034    +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13444591     PNC Bank,   P.O. Box 85617,    Louisville, KY 40285-6177
13444592    +TCM Bank Visa,   P.O. Box 31537,   Tampa, FL 33631-3537
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2018 02:00:01      Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr          +EDI: PRA.COM Jan 09 2018 01:38:00      PRA Receivables Management, LLC,   PO Box 41067,
              Norfolk, VA 23541-1067
13464243     EDI: PHINAMERI.COM Jan 09 2018 01:38:00      Americredit Financial Services, Inc.,
              PO Box 183853,   Arlington TX 76096
13444584     EDI: CHASE.COM Jan 09 2018 01:38:00      Chase Card Services,    P.O. Box 15298,
              Wilmington, DE 19850-5298
13444588    +E-mail/Text: EBN_Notifications@OWB.com Jan 09 2018 01:59:51      Indy Mac Mortgage Services,
              P.O. Box 4045,   Kalamazoo, MI 49003-4045
13444589    +E-mail/Text: EBN_Notifications@OWB.com Jan 09 2018 01:59:52      IndyMac Mortgage Services,
              P.O. Box 78826,   Phoenix, AZ 85062-8826
13518954    +E-mail/Text: bknotice@ncmllc.com Jan 09 2018 02:00:19      National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13536039     EDI: PRA.COM Jan 09 2018 01:38:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
              Norfolk, VA  23541
13535271     EDI: PRA.COM Jan 09 2018 01:38:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
              Norfolk VA 23541
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Federal National Mortgage Association (Fannie Mae)
cr           OCWEN LOAN SERVICING, LLC
cr*         ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, TX  76096)
cr*         +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
              MEMPHIS, TN 38125-1741
13544551*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
13570514*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk, VA 23541)
14053150    ##Federal National Mortgage Association,   PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: gamr              Page 2 of 2              Date Rcvd: Jan 08, 2018
                               Form ID: 3180W          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor     OCWEN LOAN SERVICING, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett L. Messinger    on behalf of Creditor    Homeward Residential blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association (Fannie
               Mae) ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Federal National Mortgage Association
               ecfmail@mwc-law.com
              Dai  Rosenblum    on behalf of Debtor William Charles Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Interested Party Tammy M. Wagner dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Federal National Mortgage Association
               vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor     OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    Federal National Mortgage Association
               swinneg@udren.com,  cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor     OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                               TOTAL: 15
```